## UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DETRINA SOLOMON, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>FLIPPS MEDIA, INC. dba FITE and FITE TV,<br><br>Defendant(s). | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 2:22-CV-05508-JMA-JMW |

## RETURN OF SERVICE

Came to my hand on **Saturday, September 17, 2022 at 8:18 AM**,
Executed at: **99 WASHINGTON AVENUE, #805A, ALBANY, NY 12210**
at **11:25 AM**, on **Monday, September 19, 2022**,
by delivering to the within named:

**FLIPPS MEDIA, INC. DBA FITE AND FITE TV**

by delivering to its **Registered Agent, PARACORP INCORPORATED**
by personally delivering to **Authorized Employee, PAUL E. HOPECK**
a true copy of this

**SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT and CIVIL COVER SHEET**

BEFORE ME, the undersigned authority, on this day personally appeared KEITH CHRISTIANSEN who after being duly sworn on oath states: "My name is KEITH CHRISTIANSEN. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of New York. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____
**KEITH CHRISTIANSEN – Process Server**

Subscribed and Sworn to by KEITH CHRISTIANSEN, Before Me, the undersigned authority, on this _____ day of September, 2022.

_____
Notary Public in and for the State of New York

