**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

DETRINA SOLOMON, *on behalf of herself*
*and all others similarly situated*,

                  Plaintiff,

    - against -

FLIPPS MEDIA, INC., *d/b/a* FITE and
FITE TV,

                  Defendant.

-----------------------------------------------------------X

**JUDGMENT**
CV 22-5508 (JMA) (JMW)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge,

having been filed on September 30, 2023, granting Defendant's motion to dismiss, denying

Plaintiff leave to amend, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Detrina Solomon take nothing of

Defendant Flipps Media, Inc.; that Defendant's motion to dismiss is granted; that Plaintiff is

denied leave to amend; and that this case is closed.

Dated:  October 3, 2023
          Central Islip, New York

                                BRENNA B. MAHONEY
                                CLERK OF COURT

                    BY:    /S/ JAMES J. TORITTO
                                DEPUTY CLERK